■ In the Matter of the Claim of Benjamin A. Stathatos, Appellant. Commissioner of Labor, Respondent. [40 NYS3d 299]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 13, 2015, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Decision affirmed. No opinion.

Lynch, J.P., Devine, Clark, Mulvey and Aarons, JJ., concur. Ordered that the decision is affirmed, without costs.